UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Esther Salas |
| v. | Crim. No. 12-10 (ES) |
| SOON AH KOW | <u>UNSEALING ORDER</u> |
| | <u>FILED UNDER SEAL</u> |

This matter having come before the Court upon the application of the United States of America (Zach Intrater, Assistant U.S. Attorney, appearing), and its concurrent application that the Indictment filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 2nd day of March 2012

ORDERED that the Indictment and all other documents filed in this matter be and hereby are UNSEALED.

_____
HONORABLE ESTHER SALAS
United States District Judge